JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ALAMITOS MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>ELAP SERVICES, LLC, a Delaware limited liability company, GROUP & PENSION ADMINISTRATORS, INC., a Texas corporation, NEWEGG, INC., a California corporation, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: 8:20-cv-02184-DOC-KES<br><br>**ORDER ON STIPULATION TO REMAND [12]** |

## ORDER

On December 13, 2020, the parties to the above referenced action filed a Stipulation to Remand Removed Action. This case is remanded to the Orange County Superior Court. All pending hearing dates and motions are vacated.

IT IS SO ORDERED.

DATED: December 15, 2020

*/s/ David O. Carter*
David O. Carter
United States District Judge